```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01085
   PHYLLIS A HOFFMAN
   ARTHUR HOFFMAN                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2183     SSN XXX-XX-6005
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/22/07 and confirmed on 06/07/07.

    2.  The case was dismissed after confirmation, 12/14/2007.

    3.  The Debtor paid a total of $   9458.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FRANKLIN CREDIT MGMT COR | CURRENT MORTG | .00 | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | MORTGAGE ARRE | 4581.66 | .00 | 4581.66 |
| CLETUS SCHROEDER | SECURED | .00 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | .00 | .00 | .00 |
| ADVOCATE SOUTH SUBURBAN | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4758.01 | .00 | .00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 879.59 | .00 | .00 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| LTD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DONALD J BROOKS | UNSECURED | NOT FILED | .00 | .00 |
| WOLPOFF & ABARAMSON | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| RATHBUN CSERVENYAK & KOZ | UNSECURED | 34712.50 | .00 | .00 |
| MID AMERICA CARDIOVASCUL | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIACNOSTIC PATHO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OAK LAWN RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5415.21 | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| STAPLES CREDIT | UNSECURED | NOT FILED | .00 | .00 |

```
SUBURBAN EMER PHYSICIAN   UNSECURED     NOT FILED          .00          .00
ROUNDUP FUNDING LLC       UNSECURED        144.38          .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED       2102.16          .00          .00
FIRST NATIONAL BANK GRAN  SECURED             .00          .00          .00
INTERNAL REVENUE SERVICE  PRIORITY       36113.79          .00       848.45
WILL COUNTY TREASURER     SECURED        10400.00          .00      1906.63
NISSAN MOTOR ACCEPTANCE   SECURED             .00          .00          .00
ECAST SETTLEMENT CORPORA  UNSECURED        340.99          .00          .00
INTERNAL REVENUE SERVICE  UNSECURED      23426.29          .00          .00
ILLINOIS DEPT REVENUE     PRIORITY        2320.18          .00        54.51
ILLINOIS DEPT REVENUE     UNSECURED        562.48          .00          .00
     Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  14981.66    38433.97    72341.61         .00   125757.24
PRINCIPAL PAID       6488.29      902.96         .00         .00     7391.25
INTEREST PAID             .00         .00         .00         .00         .00
TOTAL PAID           6488.29      902.96         .00         .00     7391.25
```

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3000.00
and was paid $   1277.00   direct and $   1723.00   through the plan.

The Trustee received $     343.75 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 04/11/08                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE